**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GEM GLOBAL YIELD LLC SCS and
GEM YIELD BAHAMAS LIMITED,

                      Petitioners,                        25 **CIVIL** 3909 (PKC)

        -against-                              **JUDGMENT**

AUTO SERVICES GROUP LIMITED,

                      Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2025, GEM Global's and GYBL's petition to confirm the Final Award is GRANTED. Judgment is entered in favor of GEM Global and GYBL in the amount of $2,810,796.96, plus pre-judgment interest at a rate of nine percent per annum, calculated from 30 days after the April 28, 2025 date of the Final Award, through the date of the entry of the judgment for the amount of $35,346.73. Post-judgment interest is available to GEM Global and GYBL as a matter of law.

**Dated**: New York, New York
         July 18, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                 BY:
                                                           **Deputy Clerk**