UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GEM Global Yield LLC SCS, et al.,

                Petitioners,                25-cv-3909 (PKC)

    -against-                         ORDER

Auto Services Group Limited,

                Respondent.
_____

CASTEL, U.S.D.J.

        Petitioners' application for attorneys' fees and costs is reasonable, well supported and granted. (ECF 16.) The Clerk shall amend the judgment to award attorneys' fees of $76,016.80 and costs of $3,155.00, for a total of $79,171.80.

        The September 16 conference is VACATED. The Clerk, after entering the Amended Judgment, shall close the case.

        SO ORDERED.

                                        P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
         September 12, 2025