UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEM GLOBAL YIELD LLC SCS and
GEM YIELD BAHAMAS LIMITED,

                         Petitioners,                       25 **CIVIL** 3909 (PKC)

        -against-                                **AMENDED JUDGMENT**
                                                                   For Attorney's Fees and Costs
AUTO SERVICES GROUP LIMITED,

                        Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2025, and the Court's Order dated September 12, 2025, GEM Global's and GYBL's petition to confirm the Final Award is GRANTED. Judgment is entered in favor of GEM Global and GYBL in the amount of $2,810,796.96. Petitioners' application for attorneys' fees and costs is reasonable, well supported and granted. (ECF 16.) Judgment is amended to award attorneys' fees of $76,016.80 and costs of $3,155.00, for a total of $79,171.80. The September 16 conference is VACATED.

**Dated**: New York, New York
          September 15, 2025

                                                                        **TAMMI M. HELLWIG**
                                                                          **Clerk of Court**

                                            **BY:**

                                                                          **Deputy Clerk**